

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-13-00170-CV

| | | |
|---|---|---|
| Stacy Family Enterprises, Inc. | § | From the 48th District Court |
| | § | of Tarrant County (48-257066-11) |
| v. | | |
| | § | December 12, 2013 |
| Tarrant Appraisal District | § | Opinion by Justice Gabriel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Appellant Stacy Family Enterprises, Inc. shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _____
Justice Lee Gabriel